IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NICK ADAM TRUJILLO,

    Petitioner,

v.                                                  CIV. 13-618 JCH /GBW

GERMAN FRANCO, *et al.*,

    Respondents.

## ORDER GRANTING MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

THIS MATTER is before the Court on Petitioner's Motion for Leave to Proceed on Appeal Pursuant to 28 U.S.C. §1915 and Federal Rule of Appellate Procedure 24.  *Doc. 29.*  The Court, being fully advised, finds that the motion should be granted.

Petitioner was originally permitted to proceed in forma pauperis in the district court proceeding.  *Doc. 5.*  Under Federal Rule of Appellate Procedure 24(a)(3), generally "[a] party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization."  The financial forms clearly show that Petitioner is, at present, incapable of paying the fees associated with his appeal, as he has less than one dollar in his account.  *Doc. 29 at 3-5.*  As such, the Court finds no material change in Petitioner's financial status and concludes that he should be exempt from payment of a filing fee at this time.

Wherefore, IT IS HEREBY ORDERED that Petitioner's Motion for Leave to Appeal Pursuant to 28 U.S.C. §1915, (*doc. 29*), is GRANTED.

                                                                               _____
                                                                               GREGORY B. WORMUTH
                                                                               UNITED STATES MAGISTRATE JUDGE